B9I (Official Form 9I) (Chapter 13 Case) (12/12)            Case Number 13–33737–KRH

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on July 9, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Dommonick Gomas Wiley<br>1958 Repp Cir.<br>Henrico, VA 23075 | Nakitha Deron Wiley<br>aka Nakitha Evans<br>1958 Repp Cir.<br>Henrico, VA 23075 |
| Case Number: 13–33737–KRH<br>Office Code: 3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–7022<br>xxx–xx–4133 |
| Attorney for Debtor(s) (name and address):<br>Jessica L. Fellows<br>America Law Group Inc.<br>2800 N. Parham Road<br>Suite 100<br>Henrico, VA 23294<br>Telephone number: (804) 308–0051 | Bankruptcy Trustee (name and address):<br>Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218<br>Telephone number: (804) 237–6800 |

## Meeting of Creditors
Date: **August 22, 2013**      Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim
For all creditors (except a governmental unit): **November 20, 2013**     For a governmental unit: **January 6, 2014**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: October 21, 2013**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:

Date: **September 18, 2013**      Time: **09:10 AM**
Location: **Judge Huennekens – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>701 East Broad Street<br>Richmond, VA 23219 | For the Court:<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: July 11, 2013 |

**EXPLANATIONS**  B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.** *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

—— Refer to Other Side for Important Deadlines and Notices ——

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                   Case No. 13-33737-KRH
Dommonick Gomas Wiley                                                    Chapter 13
Nakitha Deron Wiley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: smithla            Page 1 of 3              Date Rcvd: Jul 11, 2013
                              Form ID: B9I             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2013.
```
db/jdb       +Dommonick Gomas Wiley,    Nakitha Deron Wiley,    1958 Repp Cir.,    Henrico, VA 23075-2439
11882643     +Advance Care LLC,    585 Southlake Blvd,    Suite B,    Richmond, VA 23236-3198
11882647     +Allied Interstate,    PO Box 4000,    Warrenton, VA 20188-4000
11882648     +Alpat Company Inc,    PO Box 1689,    Slidell, LA 70459-1689
11882642     +America Law Group, Inc.,    t/a Debt Law Group,    2800 N Parham Rd, Ste 100,
               Henrico, VA 23294-4409
11882650     +Bank of America,    Attn: Corr Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
11882651     +Bippos Place,    4061 Behrman Pl,    New Orleans, LA 70114-0932
11882653     +CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
11882655     +Cloverleaf Lake Apartments,    6923 Starview Court,    Richmond, VA 23225-7015
11882656     +Comcast,    5401 Staples Mill Road,    Henrico, VA 23228-5443
11882658      Continental Emergency Services,    111 Bulifants Blvd,    Suite B,    Williamsburg, VA 23188-5711
11882659     +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
               Southfield, MI 48034-8331
11882661    ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
             (address filed with court:   Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0001)
11882662     +East End Real Estate Mgmt Co.,    103 E. Williamsburg Rd,    Sandston, VA 23150-1675
11882663     +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
11882667    ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
             (address filed with court:   Focused Recovery Solutions,    9701 Metropolitan Court, Ste B,
               Richmond, VA 23236-3690)
11882665     +Fairlawn Townhouse Association,    PO Box 111,    Henrico, VA 23075-0111
11882669     +Horizon Fin,    1900 W Severs Rd,    La Porte, IN 46350-7855
11882670     +MCV Physicians,    1601 Willow Lawn Dr, Ste 275,    Richmond, VA 23230-3422
11882674     +Nbc Inst Loa,    PO Box 85092,    Richmond, VA 23285-5092
11882675     +Parrish and LeBar, LLP,    5 E Franklin St.,    Richmond, VA 23219-2105
11882676     +Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
11882677     +Pmab Srvc,    5970 Fairview Rd Ste 800,    Charlotte, NC 28210-0091
11882678     +Professional Emergency Care,    1500 N 28th St,    Richmond, VA 23223-5332
11882680     +Receivables Management,    14675 Martin Dr,    Eden Prairie, MN 55344-2004
11882681     +Richmond Community Hospital,    1602 Rolling Hills Dr,    Suite 104,    Henrico, VA 23229-5012
11882684     +Telerecovery,    3800 Florida Bv,    Kenner, LA 70065-3034
11882685     +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
11882687      Virginia Emer Phys LLP,    75 Remittance drive, Ste 1151,    Chicago, IL 60675-1151
11882688     +Virginia Emergency Physicians,    1602 Skipwith Rd,    Henrico, VA 23229-5205
11882692     +West Jefferson Physician Svcs,    1111 Medical Center Blvd,    Marrero, LA 70072-3153
11882693     +Zwerdling, Oppleman & Adams,    5020 Monument Ave,    Richmond, VA 23230-3635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: fellows.jl@gmail.com Jul 12 2013 01:39:35     Jessica L. Fellows,
               America Law Group Inc.,    2800 N. Parham Road,    Suite 100,    Henrico, VA  23294
tr           +E-mail/Text: station01@richchap13.com Jul 12 2013 02:18:44      Carl M. Bates,    P. O. Box 1819,
               Richmond, VA 23218-1819
11882649     +EDI: CINGMIDLAND.COM Jul 12 2013 01:34:00      AT&T,    208 S.Akard St,    Dallas, TX 75202-4208
11882644      EDI: AFNIRECOVERY.COM Jul 12 2013 01:33:00      Afni Inc,    1310 Martin Luther King Dr.,
               PO Box 3517,    Bloomington, IL 61702-3517
11882645     +EDI: ALLIANCEONE.COM Jul 12 2013 01:33:00      Alliance One,    4850 Street Rd, Ste 300,
               Feasterville Trevose, PA 19053-6643
11882646     +EDI: ALLIANCEONE.COM Jul 12 2013 01:33:00      Allianceone,    1684 Woodlands Dr Ste 15,
               Maumee, OH 43537-4093
11882652     +EDI: CAPIO.COM Jul 12 2013 01:33:00      Capio Partners Llc,    2222 Texoma Pkwy Ste 150,
               Sherman, TX 75090-2481
11882654      E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jul 12 2013 02:05:04      City of Richmond,
               Department of Public Utilities,    PO Box 26060,    Richmond, VA 23274-0001
11882657      E-mail/Text: crbankruptcy@commrad.com Jul 12 2013 02:26:06      Commonwealth Radiology, PC,
               1508 Willow Lawn Drive,    Suite 117,    Richmond, VA 23230-3421
11882660     +EDI: CMIGROUP.COM Jul 12 2013 01:33:00      Credit Management LP,    Attention: Bankruptcy Dept,
               PO Box 118288,    Carrollton, TX 75011-8288
11882664     +E-mail/Text: bknotice@erccollections.com Jul 12 2013 02:21:56      Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
11882666     +EDI: AMINFOFP.COM Jul 12 2013 01:33:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
11882668     +EDI: HCA2.COM Jul 12 2013 01:34:00      Henrico Doctors Hospital,    PO Box 13620,
               Richmond, VA 23225-8620
11882671      EDI: MID8.COM Jul 12 2013 01:33:00      Midland Credit Management,    PO Box 60578,
               Los Angeles, CA 90060-0578
11882672     +EDI: MID8.COM Jul 12 2013 01:33:00      Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
11882673     +E-mail/Text: icrb@nffs.com Jul 12 2013 02:25:53      Natl Fitness,    1645 E Hwy 193,
               Layton, UT 84040-8525
11882679     +E-mail/Text: colleen.atkinson@rmscollect.com Jul 12 2013 02:16:02      Receivable Management,
               7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
```

```
District/off: 0422-7           User: smithla                Page 2 of 3                   Date Rcvd: Jul 11, 2013
                               Form ID: B9I                 Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
11882682      EDI: NEXTEL.COM Jul 12 2013 01:33:00      Sprint,    Attn: Bankruptcy Dept,    4900 W. 95th Street,
              Oak Lawn, IL 60453-0000
11882683     +EDI: AISTMBL.COM Jul 12 2013 01:33:00      T-Mobile Bankruptcy Team,    PO Box 53410,
              Bellevue, WA 98015-3410
11882686     +EDI: AFNIVERIZONE.COM Jul 12 2013 01:33:00      Verizon,    500 Technology Dr Ste 30,
              Weldon Spring, MO 63304-2225
11882690      E-mail/Text: blawson@vwcenter.com Jul 12 2013 02:22:01      Virginia Women's Center,
              PO Box 17670,   Baltimore, MD 21297-1670
11882689     +E-mail/Text: blawson@vwcenter.com Jul 12 2013 02:22:01      Virginia Women's Center,
              7130 Glen Forest Dr, Ste 101,    Richmond, VA 23226-3754
11882691     +E-mail/Text: toddsadwin@westbayconsumer.com Jul 12 2013 02:17:43      West Bay Acquisitions,
              42 Ladd St, Ste 322,   East Greenwich, RI 02818-4358
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**                **Signature:**    *Joseph Speetjens*

```
District/off: 0422-7            User: smithla                Page 3 of 3                  Date Rcvd: Jul 11, 2013
                                Form ID: B9I                 Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2013 at the address(es) listed below:
            Carl M. Bates    station01@richchap13.com,
        station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
            Jessica L. Fellows    on behalf of Debtor Dommonick Gomas Wiley fellows.jl@gmail.com,
        thedebtlawgroupmail@gmail.com;sherricwilmoth@gmail.com;2debtlawgroup@gmail.com
            Jessica L. Fellows    on behalf of Joint Debtor Nakitha Deron Wiley fellows.jl@gmail.com,
        thedebtlawgroupmail@gmail.com;sherricwilmoth@gmail.com;2debtlawgroup@gmail.com
                                                                                                         TOTAL: 3